UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STRUDEL HOLDINGS LLC and AVR AH LLC,<br>　　　　　Debtors.<br>AVR AH LLC; STRUDEL HOLDINGS LLC; CHARIF SOUKI; and KARIM SOUKI, CHRISTOPHER SOUKI, and LINA RIZZUTO, as Trustees of the SOUKI FAMILY 2016 TRUST.<br><br>　　　Plaintiffs,<br><br>v.<br><br>NINETEEN77 CAPITAL SOLUTIONS A LP; BERMUDEZ MUTUARI, LTD; WILMINGTON TRUST NATIONAL ASSOCIATION, and UBS O'CONNOR LLC,<br><br>　　　Defendants. | Chapter 11<br><br>Case No. 23-90757 (CML)<br><br>(Jointly Administered)<br><br>Adv. Pro. No. 23-09003 |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

> **If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this motion was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this motion was filed. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

Defendants Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd. (together with Nineteen77 Capital Solutions A LP, "Lenders"), Wilmington Trust National Association (the "Administrative Agent"), and UBS O'Connor LLC ("O'Connor" and together with Lenders and the Administrative Agent, "Defendants") hereby move for partial summary judgment pursuant to

1

Federal Rule of Bankruptcy Procedure 7056 and Federal Rule of Civil Procedure 56 in favor of the Defendants on Counts 2, 3, 4, 6, 7, and 8 of the Objection to Claims and First Amended Complaint, dated August 2, 2023 ("FAC"), by Plaintiffs AVR AH LLC ("AVR"), Strudel Holdings LLC ("Strudel" and together with AVR, the "Debtors"), Charif Souki ("Souki") in his individual capacity, and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, as trustees of the Souki Family 2016 Trust (the "Trust" and together with the Debtors and Souki, "Plaintiffs").

For the reasons set forth in the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, the Declaration of Harry F. Murphy in Support of Defendants' Motion for Summary Judgment, and the exhibits to that declaration, all attached hereto, Plaintiffs request that the Court grant their motion, issue an order granting the relief requested therein, and grant all other relief the Court deems appropriate under the circumstances.

Dated: November 8, 2023

Respectfully,

| ORRICK HERRINGTON & SUTCLIFFE LLP | ALSTON & BIRD LLP |
|---|---|
| */s/ Darrell S. Cafasso* <br> Darrell S. Cafasso* <br> Laura Metzger* <br> David Litterine-Kaufman* <br> Nicholas A. Poli* <br> Harry F. Murphy* <br> 51 West 52nd Street <br> New York, NY 10019 <br> Telephone:  (212) 506-5000 <br> E-mail:  dcafasso@orrick.com <br> lmetzger@orrick.com <br> dlitterinekaufman@orrick.com <br> npoli@orrick.com <br> hmurphy@orrick.com <br><br> Ryan Wooten <br> Texas Bar No. 24075308 | /s/ *Sam Bragg* <br> Sam Bragg <br> Texas Bar No. 24097413 <br> S.D. Tex. Bar. No. 3395594 <br> 2200 Ross Avenue <br> Dallas, Texas 75201 <br> Telephone: (214) 922-3400 <br> Facsimile: (214) 922-3899 <br> Email: Sam.Bragg@alston.com <br><br> William Hao* <br> 90 Park Avenue <br> New York, New York 10016 <br> Telephone: (212) 210-9400 <br> Facsimile: (212) 210-9444 <br> Email: William.Hao@alston.com |

S.D. Tex. Bar No. 1259974
609 Main Street, 40th Floor
Houston, TX 77002
Telephone: (713) 658-6617
Email: rwooten@orrick.com

James W. Burke*
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Email: jburke@orrick.com

*Attorneys for Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., and UBS O'Connor LLC*

Chris Riley*
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: Chris.Riley@alston.com

*Attorneys for Wilmington Trust National Association*

*Admitted pro hac vice

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was filed and served on all persons entitled to receive notice via operation of this Court's CM/ECF system on November 8, 2023.

*/s/ Darrell S. Cafasso*
Darrell S. Cafasso
