# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STRUDEL HOLDINGS LLC and<br>AVR AH LLC,<br>            Debtors.<br>AVR AH LLC; STRUDEL HOLDINGS LLC; CHARIF SOUKI; and KARIM SOUKI, CHRISTOPHER SOUKI, and LINA RIZZUTO, as Trustees of the SOUKI FAMILY 2016 TRUST.<br><br>      Plaintiffs,<br><br>v.<br><br>NINETEEN77 CAPITAL SOLUTIONS A LP; BERMUDEZ MUTUARI, LTD; WILMINGTON TRUST NATIONAL ASSOCIATION, and UBS O'CONNOR LLC,<br><br>      Defendants. | Chapter 11<br><br>Case No. 23-90757 (CML)<br><br>(Jointly Administered)<br><br>Adv. Pro. No. 23-09003 |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
**[Relates to Docket No. __]**

Defendants Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., Wilmington Trust National Association, and UBS O'Connor LLC (collectively the "Defendants") filed their motion pursuant to Federal Rule of Bankruptcy Procedure 7056 and Federal Rule of Civil Procedure 56 for summary judgment with respect to Plaintiffs' Objection to Claims and First Amended Complaint, dated August 2, 2023, (the "Adversary Complaint"), filed by Plaintiffs AVR AH LLC, Strudel Holdings LLC, Charif Souki in his individual capacity, and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, as trustees of the Souki Family 2016 Trust (the "Motion"). The Court has jurisdiction over the Motion and the relief requested in the Motion

pursuant to 28 U.S.C. § 1334. The Motion is a core proceeding pursuant to 28 U.S.C. 157(b)(2) and the Court may enter a final order on the Motion. The movants gave sufficient and proper notice of the Motion and related hearing. Upon consideration of the Motion, all responses thereto, and all arguments on the motion at the related hearing, the Court finds that cause exists to grant the relief requested in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Summary judgment is granted in favor of the Defendants on Plaintiffs' challenge to the timing of the sale of the Tellurian Shares (Count 3).

3. Summary judgment is granted in favor of the Defendants on Plaintiffs' challenge to the manner of the sale of the Tellurian Shares (Counts 3 and 4).

4. Summary judgment is granted in favor of the Defendants with respect to Counts 2, 6, 7, and 8.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas
Dated: _____, 2023

_____
HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE