United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 27, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STRUDEL HOLDINGS LLC and<br>AVR AH LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90757 (CML)<br><br>(Jointly Administered) |
| AVR AH LLC; STRUDEL HOLDINGS LLC; CHARIF SOUKI; and KARIM SOUKI, CHRISTOPHER SOUKI, and LINA RIZZUTO, as Trustees of the SOUKI FAMILY 2016 TRUST.<br><br>　　　Plaintiffs,<br><br>v.<br><br>NINETEEN77 CAPITAL SOLUTIONS A LP; BERMUDEZ MUTUARI, LTD; WILMINGTON TRUST NATIONAL ASSOCIATION, and UBS O'CONNOR LLC<br><br>　　　Defendants. | Adv. Pro. No. 23-09003 |

**ORDER ON CONSENT REGARDING  COORDINATED
SCHEDULE FOR RESPONSE TO  OBJECTIONS TO CLAIMS
AND FIRST AMENDED COMPLAINT**

Counsel for Nineteen77 Capital Solutions A LP and Bermudez Mutuari Ltd. (the "Lenders") and UBS O'Connor LLC filed a certificate of counsel representing that the parties thereto have agreed upon coordinated schedules for certain events in the contested matter concerning the Plaintiffs' Objection to Claims and First Amended Complaint in the above-captioned adversary proceeding.  Upon consideration of the proposed schedules and the parties'

agreement thereto, the Court finds that the proposed schedules are appropriate under the circumstances and that good cause exists to enter this order.

IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Dismiss Plaintiffs' Objection to Claims and First Amended Complaint in the above-captioned adversary proceeding is withdrawn without prejudice.

2. The schedules below are effective immediately and *nunc pro tunc* for all deadlines set forth therein that predates this Order.

3. This Order is without prejudice to any party's right to request a modification of the schedules below.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

| EVENT | Deadline |
|---|---|
| Deadline for filing of Defendants' Answer, Affirmative Defenses, and Counterclaims to Plaintiffs' Objections to Claims and First Amended Complaint. | Monday, October 30, 2023 |
| Deadline for filing of Plaintiffs' responses to Defendants' Affirmative Defenses and Counterclaims | Monday, November 6, 2023 |

Signed: November 27, 2023

_____
Christopher Lopez
United States Bankruptcy Judge