UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| AVR AH LLC | § | Civil Action No. 4:24cv1378 |
| Strudel Holdings, LLC | § | |
|    Debtor | § | |
| | § | Adversary Case No. 23-09003 |
| AVR AH LLC. Et al | § | |
|    Appellant | § | |

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 4/15/2024. The designation of the record was due on 4/30/2024. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

    ☐ The filing fee has not been paid.

    ☒ The record has not been designated.

    ☐ The record designated by the appellant includes transcripts that have not been ordered.

    ☐ The appellant has not arranged to pay for the transcripts designated.

Date: May 1, 2024

Nathan Ochsner, Clerk of Court
<u>B W Lacy</u>
Deputy Clerk