UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> STRUDEL HOLDINGS LLC and AVR AH LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-90757 (CML) <br><br> (Jointly Administered) |
| AVR AH LLC; STRUDEL HOLDINGS LLC; CHARIF SOUKI; and KARIM SOUKI, CHRISTOPHER SOUKI, and LINA RIZZUTO, as Trustees of the SOUKI FAMILY 2016 TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> NINETEEN77 CAPITAL SOLUTIONS A LP; BERMUDEZ MUTUARI, LTD; WILMINGTON TRUST NATIONAL ASSOCIATION, and UBS O'CONNOR LLC, <br><br> Defendants. | Adv. Pro. No. 23-09003 |

## NOTICE OF TERMINATION OF MEDIATION

1.      On April 22, 2024, the Court appointed the Honorable Judge Marvin Isgur (the "Mediator") as mediator in this case.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426).  The Debtors' service address is:  PO Box 4068, Aspen, CO 81612.

1

2. The parties conducted a mediation on June 4, 2024.

3. At approximately 3:19 p.m., the Mediator declared an impasse and terminated the mediation.

| | |
|---|---|
| Houston, Texas<br>Dated: June 5, 2024. | Respectfully submitted,<br><br>**PORTER HEDGES LLP**<br><br>*/s/ Joshua W. Wolfshohl*<br>Joshua W. Wolfshohl (TX Bar No. 24038592)<br>Heather K. Hatfield (TX Bar No. 24050730)<br>Aaron J. Power (TX Bar No. 24058058)<br>1000 Main St., 36th Floor<br>Houston, TX 77002<br>Tel: (713) 226-6000<br>Fax: (713) 226-6248<br>jwolfshohl@porterhedges.com<br>hhatfield@porterhedges.com<br>apower@porterhedges.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

## CERTIFICATE OF SERVICE

I certify that on June 5, 2024, the foregoing was served on all counsel of record via the Court's ECF system.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

15405927v1