## Exhibit A

## Calculation of Judgment Amount

| Category | Amount | Credit Bid Application |
|---|---|---|
| **2017 Loan** | | |
| Outstanding principal balance | $14,495,908.01 | $14,495,908.01 |
| Accrued and unpaid interest through the Petition Date | $3,402,511.74 | $3,402,511.74 |
| Postpetition accrued and unpaid interest through January 31, 2024 (i.e., the date of Ranch sale) | $984,111.09 | $984,111.09 |
| **2018 Loan** | | |
| Outstanding principal balance | $76,533,989.33 | |
| Accrued and unpaid interest through the Petition Date | $2,519,243.82 | |
| Postpetition accrued and unpaid interest through June 14, 2024 | $10,300,199.25 | |
| **Other Reimbursable Expenses** | | |
| Administrative Agent expenses | $35,000.00 | |
| Third-Party Advisor expenses | $553,954.00 | |
| Miscellaneous expenses | $588,676.87 | |
| Legal expenses | $12,443,810.39 | |
| **Total Other Reimbursable Expenses** | $13,621,441.26 | $10,226,835.48 |
| **Subtotal** | **$121,857,404.49** | |
| **Minus** | | |
| Applied Credit Bid for Ranch | ($29,109,366.32) | $29,109,366.32 |
| **TOTAL** | **$92,748,038.17** | |