UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STRUDEL HOLDINGS LLC and<br>AVR AH LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90757 (CML)<br><br>(Jointly Administered) |
| AVR AH LLC; STRUDEL HOLDINGS LLC; CHARIF SOUKI; and KARIM SOUKI, CHRISTOPHER SOUKI, and LINA RIZZUTO, as Trustees of the SOUKI FAMILY 2016 TRUST.<br><br>Plaintiffs,<br><br>v.<br><br>NINETEEN77 CAPITAL SOLUTIONS A LP; BERMUDEZ MUTUARI, LTD; WILMINGTON TRUST NATIONAL ASSOCIATION, and UBS ASSET MANAGEMENT (AMERICAS) LLC,<br><br>Defendants. | Adv. Pro. No. 23-09003 |

**NOTICE OF HEARING**
[Relates to Dkt. No. 147]

**PLEASE TAKE NOTICE** that the *Defendants' Emergency Motion for Entry of a Partial Final Judgment Pursuant to FRCP 54(b)* [Dkt. No. 147] is set for hearing on **Tuesday, August 6, 2024 at 1:00 p.m. CST** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 401, Houston, Texas 77002 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that you may participate at the hearing either in person or by an audio and video connection. For participants not attending in person, audio

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

1

communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoTo platform. Connect via the free GoTo application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required field and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that the Court will use both audio and video communication. If you want to see the documents as presented to the Court and hear the proceeding you should be (i) dialed in through the audio system, and (ii) logged into the Court's video via GoTo.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these Chapter 11 Cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of this page intentionally left blank*]

| | |
|---|---|
| Dated: July 25, 2024 | ORRICK HERRINGTON & SUTCLIFFE LLP<br><br>*/s/ David Litterine-Kaufman*<br>Darrell S. Cafasso\*<br>Laura Metzger\*<br>David Litterine-Kaufman\*<br>Nicholas A. Poli\*<br>Harry F. Murphy\*<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 506-5000<br>E-mail: dcafasso@orrick.com<br>lmetzger@orrick.com<br>dlitterinekaufman@orrick.com<br>npoli@orrick.com<br>hmurphy@orrick.com<br><br>Ryan Wooten<br>Texas Bar No. 24075308<br>S.D. Tex. Bar No. 1259974<br>609 Main Street, 40th Floor<br>Houston, TX 77002<br>Telephone: (713) 658-6617<br>Email: rwooten@orrick.com<br><br>James W. Burke\*<br>1152 15th Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 339-8400<br>Email: jburke@orrick.com<br><br>*Attorneys for Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., and UBS Asset Management (Americas) LLC* |

**CERTIFICATE OF SERVICE**

    I certify that on July 25, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ David Litterine-Kaufman*
                                                  David Litterine-Kaufman