**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>STRUDEL HOLDINGS LLC and<br>AVR AH LLC,<br><br>     Debtors. | Chapter 11<br><br>Case No. 23-90757 (CML)<br><br>(Jointly Administered) |
| AVR AH LLC; STRUDEL HOLDINGS LLC;<br>CHARIF SOUKI; and KARIM SOUKI,<br>CHRISTOPHER SOUKI, and LINA RIZZUTO,<br>as Trustees of the SOUKI FAMILY 2016 TRUST,<br><br>     Plaintiffs,<br><br>v.<br><br>NINETEEN77 CAPITAL SOLUTIONS A LP;<br>BERMUDEZ MUTUARI, LTD; WILMINGTON<br>TRUST NATIONAL ASSOCIATION; and UBS<br>O'CONNOR LLC,<br><br>     Defendants. | Adv. Pro. No. 23-09003 |

**STIPULATION AND AGREED ORDER**
**DISMISSING ADVERSARY PROCEEDING**
**[Relates to Docket No. 492, 500 and 501 in Case No. 23-90757]**

Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41, based upon entry of (i) *Order Granting Debtors' Emergency Motion to Approve Settlement Term Sheet and Dismissal of Chapter 11 Cases; (ii) Notice of Conditions Satisfied for Dismissal of Chapter 11 Cases;* and (iii) *Order Dismissing Chapter 11 Cases* [Main Case Docket Nos. 492, 500 and 501], it is hereby ORDERED that:

15531437

Adversary Pro. No. 23-09003 is **DISMISSED WITH PREJUDICE**.

**Signed:** _____, **2024.**

_____
**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

*AGREED TO*:

*/s/ Jamie A. Aycock*
R. Paul Yetter
State Bar No. 22154200
Timothy S. McConn
State Bar No. 24032713
Jamie A. Aycock
State Bar No. 24050241
Amy C. Farish
State Bar No. 24097818
**YETTER COLEMAN LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com
tmcconn@yettercoleman.com
jamieaycock@yettercoleman.com
afarish@yettercoleman.com

*Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Proposed Special Counsel for the Debtors and Debtors in Possession*

and

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl (TX Bar No. 24038592)
Heather K. Hatfield (TX Bar No. 24050730)
Aaron J. Power (TX Bar No. 24058058)
**PORTER HEDGES LLP**
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
hhatfield@porterhedges.com
apower@porterhedges.com

*Bankruptcy Counsel for the Debtors and Debtors in Possession*

2

15531437

- and -

*/s/ Laura Metzger*
Richard A. Jacobsen
Darrell S. Cafasso*
Laura Metzger*
David Litterine-Kaufman*
Nicholas A. Poli*
Harry F. Murphy*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 W. 52nd St.
New York, New York 10019
(212) 506-5000
rjacobsen@orrick.com
dcafasso@orrick.com
lmetzger@orrick.com
dlitterinekaufman@orrick.com
npoli@orrick.com
hmurphy@orrick.com

Ryan Wooten
609 Main St., 40th Fl
Houston, Sera 77002
(713) 658-6617
rwooten@orrick.com

James W. Burke*
1152 15th St., N.W.
Washington, D.C. 20005
(202) 339-8400
jburke@orrick.com

*Attorneys for Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., and UBS Asset Management (Americas) LLC f/k/a UBS O'Connor LLC*

*\*Admitted Pro Hac Vice*

3

15531437